B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  STEPHANIE D COLEMAN                    ,          Case No.  25-03650

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Westlake Portfolio Management, LLC | Flagship Credit Acceptance, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  4751 Wilshire Blvd, Suite 100
  Los Angeles CA 90010

Court Claim # (if known): _____5_____
Amount of Claim: _____$33,641.76_____
Date Claim Filed: _____04/03/2025_____

Phone:  844-358-0648
Last Four Digits of Acct #: _____968_____

Phone:  800-900-5150
Last Four Digits of Acct. #: _____9480_____

Name and Address where transferee payments should be sent (if different from above):
  3440 Flair Drive Lockbox  # 841637
  El Monte CA 91731

Phone:  844-358-0648
Last Four Digits of Acct #: _____968_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sally Beltran                          Date: 05/06/2026
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.